| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | RAMON ARTURO MARTINEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00235 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE TRIAL |
| | ) | CONFIRMATION AND MOTIONS IN LIMINE |
| v. | ) | HEARING; ORDER |
| | ) | |
| RAMON ARTURO MARTINEZ, | ) | Date: June 4, 2012 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the Trial Confirmation and Motions in Limine hearing in the above-captioned matter now set for May 29, 2012, **may be continued to June 4, 2012 at 10:00 a.m.**

This reason for the continuance is that defense counsel will be out of state for training. This continuance will conserve time and resources for both parties and the court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: April 13, 2012    By:    /s/ *Jeremy R. Jehangiri*
JEREMY R. JEHANGIRI
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: April 13, 2012    By:    /s/ *Ann H. Voris*
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Ramon Arturo Martinez

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated: April 17, 2012

CHIEF UNITED STATES DISTRICT JUDGE